UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| URIEL GARCIA,<br><br>            Plaintiff,<br><br>    v.<br><br>POWELL, et al.,<br><br>            Defendants. | Case No. 1:19-cv-01631-AWI-JLT (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION FOR FAILURE TO STATE A CLAIM<br><br>(Doc. Nos. 13, 15) |

    Plaintiff Uriel Garcia is a state prisoner proceeding pro se and in forma pauperis in this civil rights action under 42 U.S.C. § 1983. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Eastern District of California Local Rule 302.

    On January 4, 2021, the assigned magistrate judge filed findings and recommendations, recommending that this action be dismissed for failure to state a claim on which relief can be granted. Doc. No. 15. The magistrate judge found that the allegations in Plaintiff's complaint fail to show that the defendants were deliberately indifferent to his serious medical needs. Id. at 5–7. The magistrate judge further found that the allegations failed to show that the actions of Defendants Powell, Godwin, and Hurtado caused the injuries of which Plaintiff complains. Id. at 5–6. The findings and recommendations were served on Plaintiff and provided that objections thereto were to be filed within twenty-one days. Id. at 7. Plaintiff filed timely objections on

February 1, 2021.  Doc. No. 16.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, including Plaintiff's objections, the Court concludes that the findings and recommendations are supported by the record and proper analysis.  Plaintiff's objections do not meaningfully dispute the magistrate judge's findings that his factual allegations fail to establish a claim of deliberate indifference under the Eighth Amendment.  As the magistrate judge noted, these findings do not preclude Plaintiff from pursuing a state-law claim of negligence in state court.  Doc. No. 15 at 6 n.2.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued on January 4, 2021 (Doc. No. 15), are ADOPTED in full;
2. This action is DISMISSED for failure to state a cognizable federal claim;
3. Plaintiff's motion for a preliminary injunction (Doc. No. 13) is DENIED as moot; and
4. The Clerk of the Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated:   February 8, 2021

_____
SENIOR DISTRICT JUDGE

2