UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| URIEL GARCIA,<br><br>                   Plaintiff,<br><br>         v.<br><br>POWELL, et al.,<br><br>                   Defendants. | Case No.: 1:19-cv-01631-ADA-CDB (PC)<br><br>**ORDER DIRECTING UNITED STATES MARSHAL TO SERVE DEFENDANT ALBERT R. SWAFFORD** |

Plaintiff Uriel Garcia is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds against Defendants Powell, Hurtado, Ugwueze, and Swafford for deliberate indifference to serious medical needs in violation of the Eighth Amendment.

**I.     RELEVANT BACKGROUND**

The Court issued its Order Finding Service of Second Amended Complaint Appropriate on April 13, 2023. (Doc. 27.)

On May 25, 2023, a notice not to waive personal service concerning Defendant Albert R. Swafford was filed with the Court. (Doc. 30.) Thereafter, on June 7, 2023, the United States Marshall filed a USM-285 form indicating service could not be effected upon Swafford. (Doc. 31.)

//

On June 20, 2023, the Court issued its Order To Show Cause (OSC) Why Defendant Swafford Should Not Be Dismissed From This Action For Failure To Provide Sufficient Information To Effectuate Service. (Doc. 32.) On July 10, 2023, Plaintiff responded to the OSC, providing a current address for Defendant Swafford. (Doc. 34.)

## II.     CONCLUSION AND ORDER

Following submission of additional identifying information provided by Plaintiff, the United States Marshal will be directed to serve the summons and second amended complaint as follows:

**Albert R. Swafford, M.D.**
**Adventist Health Bakersfield**
**2615 Chester Avenue**
**Bakersfield, CA 93301-2014**

Accordingly, and for the reasons stated above, **IT IS HEREBY ORDERED** that:

1. The Clerk of the Court SHALL provide the United States Marshal with a copy of the second amended complaint, the summons, and this order;

2. The United States Marshal SHALL serve process of the second amended complaint, the summons, and this order upon Defendant Swafford pursuant to Fed. R. Civ. P. 4 and 28 U.S.C. § 566(c). **Within 10 days of personal service**, the United States Marshal shall file the return of service, along with the costs subsequently incurred in effecting service. These costs shall be enumerated on the USM-285 form and shall include the costs incurred by the United States Marshal for photocopying the summons and second amended complaint and for preparing new USM-285 forms, if required. Costs of service will be taxed against each personally served defendant in accordance with Fed. R. Civ. P. 4(d)(2).

IT IS SO ORDERED.

Dated:   **July 13, 2023**                                     _____
                                                                                 UNITED STATES MAGISTRATE JUDGE