UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| URIEL GARCIA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>POWELL, et al.,<br><br>　　　　　　Defendants. | Case No.: 1:19-cv-01631-ADA-CDB (PC)<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE**<br><br>(Doc. 46) |

Plaintiff Uriel Garcia is proceeding pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. On September 11, 2023, the Court issued its Second and Final Order to Show Cause ("OSC") Why Defendant Swafford Should Not Be Dismissed for Failure to Provide Sufficient Information to Effectual Service. (Doc. 46.)

On September 28, 2023, Plaintiff filed a Notice of Voluntary Dismissal, seeking to dismiss Defendant Albert R. Swafford from this action. (Doc. 49.)

Accordingly, **IT IS HEREBY ORDERED** that the OSC issued September 11, 2023 (Doc. 46) is **DISCHARGED**.

IT IS SO ORDERED.

Dated: __September 29, 2023__　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE