UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| URIEL GARCIA,<br><br>              Plaintiff,<br><br>         v.<br><br>POWELL, et al.,<br><br>              Defendants. | Case No.: 1:19-cv-01631-ADA-CDB (PC)<br><br>**ORDER REGARDING NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT ALBERT R. SWAFFORD**<br><br>Clerk of Court to Update Docket |

Plaintiff Uriel Garcia is proceeding pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On September 28, 2023, Plaintiff filed a Notice of Dismissal Without Prejudice. (Doc. 49.) The dismissal pertains to Defendant Albert R. Swafford.[1]

Accordingly, as to Defendant Albert R. Swafford only, this action is terminated by operation of law without further order from the Court. Fed. R. Civ. P. 41(a)(1)(A)(i).

The Clerk of Court is DIRECTED to terminate Defendant Swafford and update the docket accordingly.

IT IS SO ORDERED.

Dated: **September 29, 2023**

UNITED STATES MAGISTRATE JUDGE

---

[1] This action proceeds on Plaintiff's claims against Defendants Hurtado, Powell and Ugwueze.