UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| URIEL GARCIA,<br><br>    Plaintiff,<br><br> v.<br><br>POWELL, et al.,<br><br>    Defendants. | Case No.: 1:19-cv-01631-KES-CDB (PC)<br><br>**ORDER GRANTING DEFENDANTS' SECOND REQUEST TO MODIFY THE DISCOVERY AND SCHEDULING ORDER**<br><br>(Doc. 56) |

Plaintiff Uriel Garcia is proceeding pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds against Defendants Powell, Hurtado, and Ugwueze[1] for deliberate indifference to serious medical needs in violations of the Eighth Amendment.

**I. INTRODUCTION**

The Court issued its Discovery and Scheduling Order on September 11, 2023. (Doc. 48.)

On July 9, 2024, Defendants filed their first request to modify the scheduling order to allow for the completion of Plaintiff's deposition and to extend the time for filing a dispositive motion. (Doc. 54.) The Court granted the request and extended the deadline to complete limited discovery to August 5, 2024, and the deadline for filing a dispositive motion to October 18, 2024. (Doc. 55.)

---

[1] Defendant Swafford was dismissed from this action on September 29, 2023. (Doc. 51.)

On October 15, 2024, Defendants filed a second request to modify the Discovery and Scheduling Order, seeking to extend the deadline for the filing of a dispositive motion. (Doc. 56.)

## II. DISCUSSION

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, a scheduling order "may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). This good cause standard "primarily considers the diligence of the party seeking the amendment." *Johnson v. Mammoth Recreations, Inc*., 975 F.2d 604, 609 (9th Cir. 1992). The court may modify the scheduling order "if it cannot reasonably be met despite the diligence of the party seeking the extension." *Id*. If the party was not diligent, the inquiry should end. *Id.*

Here, Defendants seek to extend the deadline for the filing of a dispositive motion, to and including November 18, 2024. (Doc. 56.) Briefly stated, defense counsel requires additional time within which to gather additional evidence in support of a merits-based dispositive motion. (*Id*. at 4.) Defense counsel has been unable to complete work on the motion in this action given significant trial preparation, a nearly two-week jury trial, and post-trial motion obligations in an action pending in the Northern District. (*Id*. at 4-5, ¶ 5.) Additionally, defense counsel is preparing a dispositive motion, with an October deadline, in another matter pending before the Northern District. (*Id*., at 5, ¶ 6.) The additional time will allow defense counsel to obtain necessary declarations and draft the motion. (*Id*., ¶ 7.) Counsel declares this request is not made for the purpose of harassment, undue delay, or for any other improper reason. (*Id*., ¶ 9.)

## III. CONCLUSION AND ORDER

Accordingly, and for good cause shown, **IT IS HEREBY ORDERED** that:

1. Defendants' request to modify the scheduling order (Doc. 56) is **GRANTED**; and
2. The Discovery and Scheduling Order is **MODIFIED** to **extend** the deadline for the filing of a dispositive motion from October 18, 2024, **to November 18, 2024**.

IT IS SO ORDERED.

Dated: __**October 16, 2024**__         _____
                                        UNITED STATES MAGISTRATE JUDGE

2