UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| URIEL GARCIA,<br><br>    Plaintiff,<br><br>    v.<br><br>POWELL, et al.,<br><br>    Defendants. | Case No.: 1:19-cv-01631-KES-CDB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br><br>Docs. 58, 66 |

   Plaintiff Uriel Garcia is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

   On April 23, 2025, the assigned magistrate judge issued findings and recommendations recommending that defendants' motion for summary judgment be granted in full.  Doc. 66.  The findings and recommendations contained notice that any objections thereto were to be filed within fourteen (14) days after service.  *Id.* at 17.  Plaintiff did not file any objections, and the time to do so has passed.

   In accordance with the provisions of 28 U.S.C. § 636(b)(1), the Court has conducted a de novo review of this case.  Having carefully reviewed the file, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

///

Accordingly, IT IS ORDERED that:

1. The findings and recommendations issued on April 23, 2025, Doc. 66, are ADOPTED IN FULL;
2. Defendants' motion for summary judgment, Doc. 58, is GRANTED; and
3. The Clerk of the Court is directed to terminate any pending motions or deadlines and to close this case.

IT IS SO ORDERED.

Dated: June 6, 2025

_____
UNITED STATES DISTRICT JUDGE

2